6088.   CENTRAL OF GEORGIA RAILWAY CO. *v.* PITTS & ESPY.

WADE, J.   Though the placing of cross-ties at a switch on the line of a railway company for its acceptance and use, and their subsequent removal by some one, might create a presumption that the ties had been accepted and used by the company, and a corresponding obligation on its part to pay therefor, yet where positive, unequivocal, and uncontradicted testimony denies that the ties were ever inspected or received by the company, this presumption is legally rebutted.   The verdict against the railway company in this case was therefore unauthorized, and the judge of the superior court erred in overruling the certiorari.
                                *Judgment reversed.*
            DECIDED MAY 7, 1915.

Certiorari; from Chattooga superior court—Judge Wright.   September 18, 1914.

*J. Branham, J. M. Bellah, J. D. Taylor,* for plaintiff in error.
*C. D. Rivers,* contra.